DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

BAGRI v. DESAI

No. 667P86.

Case below: 83 N.C. App. 150.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 3 February 1987.

BALLENGER v. ITT GRINNELL INDUSTRIAL PIPING

No. 736PA86.

Case below: 83 N.C. App. 55.

Petition by defendants for writ of certiorari to the North Carolina Court of Appeals allowed 3 February 1987.

BAUM v. GOLDEN

No. 708P86.

Case below: 83 N.C. App. 218.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 February 1987.

BOWENS v. N.C. STATE BD. OF DENTAL EXAM.

No. 10P87.

Case below: 83 N.C. App. 676.

Petition by plaintiff for writ of supersedeas and temporary stay denied 21 January 1987. Petition by plaintiff for writ of certiorari to the North Carolina Court of Appeals denied 21 January 1987.

BRANKS v. KERN

No. 662PA86.

Case below: 83 N.C. App. 32.

Petition by defendants for discretionary review pursuant to G.S. 7A-31 allowed 3 February 1987.